**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

-against-                                                                1:04-cr-00544

**HUI GUO,**
                **Defendant**

―――――――――――――――――――――――――――

**THOMAS J. McAVOY,**
**Senior United States District Judge**

**DECISION & ORDER**

On October 20, 2006, this Court entered an Amended Judgment in the above-captioned case that required, *inter alia*, that "defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on Tuesday, 11/28/2006." Amend. Jud. [dkt. # 301]. On November 21, 2006, the Court received a letter from the United States Department of Justice, Federal Bureau of Prisons ("BOP"), indicating that the BOP could not follow the Court's sentencing recommendation that defendant be confined at a minimum level security facility. See Nov. 9, 2006 ltr [dkt. # 309]. The BOP further advised that the defendant had been designated to the McRae Correctional Facility in McRae, Georgia. Id. It has now come to the Court's attention that the defendant is financially unable to self-report to the McRae Correctional Facility. Therefore, it is hereby

**ORDERED** that Defendant Hui Guo shall surrender for service of his sentence at the Office of the United States Marshal for the Northern District of New York located in the James T. Foley

1

United States Courthouse, Albany, New York, before 2 p.m. on Tuesday, 11/28/2006; and it is further

**ORDERED** that the Office of the United States Marshal shall transport Defendant Hui Guo to the correctional facility to which he has been designated by the United States Department of Justice, Federal Bureau of Prisons; and it is further

**ORDERED** that the Judgment in this matter be amended to reflect that Defendant Hui Guo shall surrender for service of his sentence at the Office of the United States Marshal for the Northern District of New York located in the James T. Foley United States Courthouse, Albany, New York, before 2 p.m. on Tuesday, 11/28/2006.

**IT IS SO ORDERED**.

DATED: November 22, 2006

Thomas J. McAvoy
Senior, U.S. District Judge